# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

VENEESA, INC., JOSEPH VENTRESCA
AND KATHLEEN VENTRESCA,

              Petitioners

      v.

THOMAS STEVENSON, TERRI
STEVENSON J. DANIEL BRETT & CO.,
P.C., J. DANIEL BRETT, CPA MICHAEL
LOSTRACCO, CPA,

              Respondents

:  No. 347 MAL 2020
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.

     Additionally, Respondent's Application to Amend Answer to the Petition for Allowance of Appeal is **GRANTED**.